**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

VOLKAN SAPIL,                          :        Civil No. 1:26-CV-00558

                                                    :

      Petitioner,                       :

                                                    :

      v.                                   :

                                                    :

WARDEN, PIKE COUNTY                    :

CORRECTIONAL CENTER, *et al.*,          :

                                                    :

      Respondents.                   :        Judge Jennifer P. Wilson

## MEMORANDUM

On April 8, 2026, the court entered a memorandum and order granting

Petitioner's petition for writ of habeas corpus.  (Docs. 8, 9.)  The court ordered a

new individualized bond hearing before an immigration judge and required

Petitioner to file a status report to update the court on the bond hearing.  (Doc. 9.)

Because of this, the court did not enter judgment or close the case at that time.

Now, a bond hearing was held as ordered and the court was advised of that hearing

by Respondents.  (Docs. 10, 12, 13, 14, 15.)  Accordingly, the court will now issue

an appropriate order entering judgment in favor of Petitioner and closing this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Date:  June 4, 2026