**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VOLKAN SAPIL, | : | Civil No. 1:26-CV-00558 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN, PIKE COUNTY | : | |
| CORRECTIONAL CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 4th day of June, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** judgement is entered in favor of Petitioner and the Clerk of Court shall close this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania